1   ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
    David Martinez, Bar No. 193183
2   DMartinez@rkmc.com
    2049 Century Park East, Suite 3400
3   Los Angeles, CA  90067-3208
    Telephone:  310-552-0130
4   Facsimile:  310-229-5800

5   ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
    Jan M. Conlin (pro hac vice)
6   Thomas C. Mahlum (pro hac vice)
    Larina A. Alton (pro hac vice)
7   800 LaSalle Avenue
    2800 LaSalle Plaza
8   Minneapolis, MN  55402-2015
    Telephone:  612-349-8500
9   Facsimile:  612-339-4181

JS-6

10  Attorneys for Defendant and Counterclaimant,
    Make-Up Art Cosmetics, Inc.

11

12                  UNITED STATES DISTRICT COURT

13                  CENTRAL DISTRICT OF CALIFORNIA

14

15

16  Z PRODUX, INC.,                     Case No.  CV 13-00734 DDP (RZx)

17          Plaintiff,
                                        JUDGMENT
18  v.

19  MAKE-UP ART COSMETICS, INC.,

20          Defendant.

21  MAKE-UP ART COSMETICS, INC.,

22          Counterclaimant,

23  v.

24  Z PRODUX, INC.

25          Counterclaim-Defendant.

26

27

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

Pursuant to the Court's November 5, 2013 Order, the Court enters the following judgment:

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant MAKE-UP ART COSMETICS, INC., and the Complaint is DISMISSED with PREJUDICE.  An adjudication as to costs to be entered in favor of Defendant MAKE-UP ART COSMETICS, INC. under Local Rule 54 is to follow.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 08, 2013

DEAN PREGERSON
UNITED STATES DISTRICT JUDGE

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

- 2 -